STATE OF MINNESOTA

IN SUPREME COURT

A15-1947



FILED

December 9, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Transfer to Disability Inactive Status of
Christopher Daniel Leroi, a Minnesota Attorney,
Registration No. 023431X.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition under Rule 28, Rules on Lawyers Professional Responsibility (RLPR), for transfer of respondent Christopher Daniel Leroi to disability inactive status. The petition alleges that respondent has a medical diagnosis resulting in physical and mental limitations that render him unable to competently represent clients within the meaning of Rule 28(a), RLPR. The petition is also based on an order from the Colorado Supreme Court transferring respondent to disability inactive status.

Respondent waives the procedural rights provided by Rule 28(e), RLPR, and admits the allegations of the petition. The parties jointly recommend that respondent be immediately transferred to disability inactive status.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.    Respondent Christopher Daniel Leroi is transferred to disability inactive status effective as of the date of this order. While on disability inactive status, respondent

may not render legal advice, discuss legal matters with clients, or otherwise engage in the practice of law.

2.     Respondent shall comply with Rule 26, RLPR (requiring notice of transfer to disability inactive status to clients, opposing counsel, and tribunals).

3.     If respondent seeks reinstatement to the active practice of law, he shall file a petition under Rule 18, RLPR.

Dated:  December 9, 2015          BY THE COURT:

David R. Stras
Associate Justice